

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

MICHAEL L. KATHREIN, )
)
Plaintiff, )
) Civil Action No. 04 C 7324
v. )
)
BRIGID M. McGRATH, ) Judge David H. Coar
MICHAEL P. MONAR, )
JEFFREY R. ROSENBERG, )
DANIEL V. KINSELLA, ) Magistrate Judge JN
SCHUYLER, ROCHE & ZWIRNER, P.C. ) Arlander Keys
PADDY H. McNAMARA, )
)
Defendants. )

**FILED**
OCT 1 8 2007
OCT 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR ENTRY OF A JUDGMENT ORDER

Now comes the plaintiff, Michael L. Kathrein, *pro se*, and moves this Court for execution of a memorandum of judgment against Schuyler, Roche & Zwirner, P.C., as attached hereto. In support of his Motion, plaintiff would have this Court know the following:

1. On 24 June 2005 defendants filed their Renewed Motion for Sanctions under F.R.Civ.P. Rule 11 in the amount of $62,774.84 [44]

2. On 31 March 2006, this Court entered a Minute Order reducing defendants' Petition amount by $5,916.69, finding the request *"inappropriate"* and that it included amounts *"not related to this case."* The Court imposed sanctions against plaintiff in the amount of $56,858.15. [66]

3. On 10 April 2006, plaintiff filed his Notice of appeal of that Order to the U.S.C.A. [68]

4. On 22 April 2006, and in compliance with this Court's 31 March 2006 Order, plaintiff tendered a check for $56,858.15 to all defendants. (Exhibit 1, attached hereto.)

5. On 23 April 2006 plaintiff received a telephone call from Camille B. Conway, attorney

1

for the individual defendant Michael Monar, indicating that the Check tendered the previous day was *"not acceptable."* Conway demanded a replacement check be tendered payable to the law firm of Schuyler, Roche & Zwirner (SRZ) only, and demanding with particularity, that the "payee" **not** include his client and co-defendant Michael Monar, who was the sole movant at [44].

6. On 25 April 2006, plaintiff tendered a replacement check to SRZ in the same amount, ($56,858.15) made payable to SRZ only, as demanded by Conway. (Exhibit 2, attached hereto.)

7. On 27 April 2006, Conway acknowledge receipt of the replacement check and returned plaintiff's original check via U.S. Mail. (Exhibit 3, attached hereto.)

8. On 6 March 2007, nearly one year later, the United States Court of Appeals for the Seventh Circuit (U.S.C.A.) affirmed the district court's decision to impose sanctions but vacated the award, finding the fees claimed by SRZ to be *"inappropriate"* and *"beyond any amount that we have said is reasonable."* Defendants' fee petition was remanded to the district court for reconsideration. [86]

9. On 4 April, 2007, this court referred the matter to Magistrate Judge Arlander Keys for his review, Report and Recommendation.

10. On 14 May 2007, defendants filed a new fee petition for $40,643.78, reducing defendants' amount claimed by $22,131.06. [110]

11. On 3 October 2007 Magistrate Judge Keys determined that the new amount defendants requested [110] was *"not acceptable"* and *"still too high"* and persisted in *"reflecting work that could not possibly have been related to this lawsuit."* Accordingly, Judge Keys reduced the final amount to $15,500.74, [119] or less than one-quarter of the original request. [44].

12. The difference between the amount paid to SRZ on 25 April 2006 ($56,858.15, Exhibit 1)

and the amount presently imposed ($15,500.74) is $41,357.41.

13.   Therefore, defendant SRZ has in its possession, funds immediately due an owing to plaintiff Michael L. Kathrein in the amount of $41,357.41.

WHEREFORE, plaintiff Michael L. Kathrein, moves this Court for execution of a memorandum of judgment against defendant Schuyler, Roche & Zwirner, P.C. in the amount of $41,357.41, and for any other relief, just, due and owing in the premises.

Respectfully submitted,

Michael L. Kathrein
Plaintiff, *pro se*

Michael L. Kathrein
7601 North Eastlake Terrace
Chicago, Illinois 60626-1421
773-761-6000
773-465-7755 fax

3

**CITIBANK** 500 W. MADISON STREET, CHICAGO, IL 60606      10861

2-7080/2710

PAY  Brigid M. McGrath  Michael P. Morak    04/22/06    $56,858.15
     Jeffrey R Rosenberg  Daniel V. Kinsella,        DATE         AMOUNT
     Schuyler Roche & Zwirner  Paddy H. McNamara

Fifty Six Thousand, Eight Hundred Fifty Eight Dollars & 15/100 —

04-C-7324

⑉010861⑉ ⑊271070801⑊004550

---

10861

$56,858.15

4-22-06

{ McGrath
  Rosenberg
  Kinsella
  SRZ
  McNamara

04C7324

10861

EXHIBIT 1

CITIBANK  500 W. MADISON STREET
CHICAGO, IL 60606
10900

2-7080/2710

PAY  Schuyler, Roche & Zwirner                    Apr 25, 06    $56,858.75
                                                  DATE            AMOUNT

Fifty Six Thousand and Eight Hundred Fifty Eight Dollars and 75/100

[signature]

04-C-7324

⑆010900⑆ ⑉271070801⑉004530              ⑈000568585⑈

5426  580064059  04280
0918081778-
04282005
0210-0020-1   FRB CHICAGO
ENT=4475 TRC=4471 PK=02

PAY TO THE ORDER OF
BANK ONE, NA
FOR DEPOSIT ONLY
SCHUYLER, ROCHE & ZWIRNER
A PROFESSIONAL CORPORATION
159638
159638

EXHIBIT 2

# SRZ | LAW

SCHUYLER, ROCHE & ZWIRNER
*A Professional Corporation*

One Prudential Plaza
Suite 3800
130 East Randolph Street
Chicago, Illinois 60601

TEL 312.565.2400
FAX 312.565.8300
WEB www.srzlaw.com

CHICAGO | EVANSTON

CAMILLE B. CONWAY
*Attorney at Law*
TEL 312 565.1042
FAX 312 565.8300
cconway@srzlaw.com

April 27, 2006

Via U.S. Mail

Michael Lee Kathrein
7601 North East Lake Terrace
Chicago, IL 60626-1421

Re: *Kathrein v. McGrath, et. al, 04 C 7324*

Dear Mr. Kathrein:

Since I have received the replacement check made out to my firm, I am returning the original check I received from you.

Sincerely,

Camille B. Conway

CBC/bya

---

**CITIBANK** 500 W. MADISON STREET, CHICAGO, IL 60606    10861

2:7080/2710

PAY: Brigid M. McGrath, Michael R. Monar, Jeffrey R. Rosenberg, Daniel V. Kinsella, Schuyler, Roche + Zwirner, Barry H. McNamara

DATE 04/22/06       AMOUNT $56,858.15

Fifty Six Thousand Eight Hundred Fifty Eight Dollars & 15/100

04-C-7324

⑆010861⑆ ⑈271070806⑈ 004530

EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

MICHAEL L. KATHREIN, )
)
    Plaintiff, )
)
v. )   Civil Action No.  04 C 7324
)
BRIGID M. McGRATH, )
MICHAEL P. MONAR, )   Judge David H. Coar
JEFFREY R. ROSENBERG, )
DANIEL V. KINSELLA, )
SCHUYLER, ROCHE & ZWIRNER, P.C. )   Magistrate Judge
PADDY H. McNAMARA, )   Arlander Keys
)
    Defendants. )
)

## MEMORANDUM OF JUDGMENT

On October _____ , 2007, judgment was entered in favor of plaintiff Michael L. Kathrein and against Defendant Schuyler, Roche & Zwirner, P.C., whose address is 130 East Randolf Street, Suite 3800, Chicago, IL 60601 in the amount of $41,357.41. (Forty-one thousand, three hundred and fifty-seven dollars and forty-one cents)

_____
Judge

Michael L. Kathrein
7601 North Eastlake Terrace
Chicago, Illinois 60626-1421
773-761-6000
773-465-7755 fax

# CERTIFICATE OF SERVICE

This is to certify that on this 18th day of October, 2007, I placed a true and exact copy of the

## NOTICE OF MOTION
*and*
## MOTION FOR ENTRY OF A JUDGMENT ORDER

in the U.S. Mail, first class postage prepaid, addressed to:

Daniel V. Kinsella
Schuyler, Roche & Zwirner, P.C.
*Attorneys for himself and co-defendants*
*Jeffrey R. Rosenberg, Michael Monar,*
*Monar Consulting, Inc., and*
*Schuyler, Roche & Zwirner*
130 East Randolph Street, Suite 3800
Chicago, IL 60601

_____
Michael L. Kathrein