

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 7324 | **DATE** | 10/25/2007 |
| **CASE TITLE** | Michael L. Kathrein vs. Brigid M. McGrath, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 10/25/2007 regarding #121. Plaintiff's Motion for Judgment [121] is granted as stated on the record. The Court adopts Judge Keys' Report and Recommendation [#120 - 119]. It is hereby ordered that fees and costs are awarded to Schuyler, Roche and Zwirner in the sum of $15,500.74. Further Schuyler, Roche and Zwirner is directed to return to Michael L. Kathrein the sum of $ 41,357.41. Any and all other pending motions are moot and terminated. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.

00:05

## STATEMENT

On October 3, 2007, Magistrate Judge Keys entered a Report and Recommendation on the request for fees and costs submitted on behalf of Schuyler, Roche and Zwirner. No objections to the Report and Recommendation have been filed and , after review, this Court finds no clear error on the face of the record. Accordingly, this Court adopts the Report and Recommendation of the Magistrate Judge and awards fees and costs to Schuyler, Roche and Zwirner in the amount of $15,500.74 as a sanction against the plaintiff. Schuyler, Roche and Zwirner is directed to return to Kathrein the difference between what Kathrein has paid and the amount awarded by virtue of this order ($15,500.74). Schuyler, Roche and Zwirner is directed to return to Mr. Kathrein the sum of $ 41,357.41.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|